**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LYNDSIE RENE MONTOYA,<br><br>        Defendant. | Case No. 2:14-cr-005-LDG-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.   Ms. Montoya was before the court for a revocation hearing in January 2015. At that time, the parties agreed to terminate her supervised release, but the Court did not find termination of her supervised release appropriate.

    2.   The Court imposed a sentence of 9 months with 24 additional months of supervision, explaining that if Ms. Montoya was compliant on supervision for 12 months, the Court would set a status check to consider terminating her supervised release. At the conclusion of the hearing, the Court set a status check for January 21, 2016.

    3.   Ms. Montoya was released from custody in October 2015. At this time, she has only been on supervision for approximately 3 months. Consistent with the Court's previous order, the parties request that this matter be continued for 9 months to a time and date in October 2016. By October 2016, Ms. Montoya would have been on supervision for an additional year. If she is compliant with her conditions, the parties, at that time, can request early termination of her supervised release.

    4.   The parties agree to the continuance.

3

## ORDER

IT IS FURTHER ORDERED that the Status Hearing currently scheduled for January 21, 2016, at 9:00 a.m., be vacated and continued to  10/24/16  at the hour of  10:00  a .m.

DATED this 21 day of January, 2016

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE