RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Lyndsie Rene Montoya

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LYNDSIE RENE MONTOYA,<br><br>  Defendant. | Case No. 2:14-cr-005-LDG-GWF<br><br>**MOTION TO VACATE STATUS HEARING** |

COMES NOW, Lyndsie Montyoa, by and through her attorney, Heidi A. Ojeda, Assistant Federal Public Defender, and hereby requests that the status hearing set for October 24, 2016 be vacated.

Ms. Montoya was before the court for a revocation hearing in January 2015. At that time, the parties agreed to terminate her supervised release, but the Court did not find termination of her supervised release appropriate. The Court imposed a sentence of 9 months with 24 additional months of supervision, explaining that if Ms. Montoya was compliant on supervision for 12 months, the Court would set a status check to consider terminating her supervised release. That status check is set for October 24, 2016.

Undersigned counsel has been in contact with Shawn Mummy, Ms. Montoya's probation officer. Given some recent issues that have come to light, Mr. Mummy believes that

Ms. Montoya would benefit from further supervision.  As such, Ms. Montoya requests that the status hearing set for Monday, October 24, 2016 at 10:00 a.m. be vacated.  Undersigned counsel will work with probation to monitor her progress and file a motion for early termination if/when appropriate.

DATED this 19th day of October, 2016

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

 */s/ Heidi A. Ojeda*
By_____
HEIDI A. OJEDA
Assistant Federal Public Defender
Attorney for Lyndsie Rene Montoya

ORDER

IT IS SO ORDERED.
DATED this 20 day of October, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge

2